# United States District Court

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA

v.

[24] ANTONIO DE LEON ALEJANDRO
aka "Tony El Orejon," aka "Tony Cuajo"

**WARRANT FOR ARREST**

CASE NUMBER: 99- 77 (JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTONIO DE LEON ALEJANDRO aka "Tony El Orejon," aka Tony Cuajo
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment    _ Information   _ Complaint   _ Order of court   _ Violation Notice   _ Probation Violation Petition

charging him or her with (brief description of offense)

did knowingly, willfully, intentionally and unlawfully conspire, combine, confederate, and agree together to possess with
intent to distribute multi-kilograms amounts of Schedule I and II, Narcotic Drug Controlled Substances,
in violation of Title 21, United States Code, Section(s) 846.

| Justo Arenas | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: Tere Molifulleda, Deputy Clerk | May 6, 1999 at San Juan, P. R. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 9\2\99 | Name and Title of Arresting Officer  DEA | Signature of Arresting Officer  EXECUTED  For DEA |
| Date of Arrest 5\14\04 | | |

AO 442 (Rev. 12/85) Warrant for Arrest